## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ANDREW WALLACE JR., SHERRY WALLACE, and ANTONIO WALLACE,   )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>CITY OF WASHINGTON, GARY M. MARINER, BOARD OF POLICE COMMISSIONERS, DON VOLK, JEFF STEVENSON, UNKNOWN SWORN OFFICERS, and GRANITE BROADCASTING CORP., D/B/A WEEK-TV, AKA, CHANNEL 25,   )<br>)<br>Defendants.   ) | Case No.   14-cv-1457 |

## <u>O R D E R  &  O P I N I O N</u>

This matter is before the Court on Magistrate Judge Schanzle-Haskins's Report & Recommendation ("R&R") (Doc. 41) recommending that Plaintiffs' Complaint be dismissed as to Defendant Board of Police Commissioners without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 4(m).

The parties were notified that failure to object to Judge Schanzle-Haskins's September 29, 2015 R&R within fourteen days after service of the R&R would constitute a waiver of any objections. (Doc. 41 at 2). *See* 28 U.S.C. § 636(b)(1); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). Objections to the R&R were due by October 16, 2015, and none were made. This Court has reviewed the R&R, and will adopt it in its entirety.

1

IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of the Magistrate Judge (Doc. 41) in full. Thus, Plaintiffs' Complaint against Defendant Board of Police Commissioners is dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 4(m).

Entered this 20th day of October, 2015.

                                              s/Joe B. McDade
                                              JOE BILLY McDADE
                                     United States Senior District Judge